UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISTEN PETRICK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STARS BAY AREA, INC,<br><br>Defendant. | Case No. 19-cv-03105-VKD<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 17 |

Before the Court is defendant Stars Bay Area, Inc.'s ("Stars Bay Area") motion to dismiss plaintiff Kristen Petrick's complaint pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure. Dkt. No. 17. On December 11, 2020, in lieu of filing an opposition to Stars Bay Area's motion and before Stars Bay Area filed a responsive pleading to the original complaint, Ms. Petrick filed an amended complaint. Dkt. No. 27.

A plaintiff may amend its pleading once as a matter of course within 21 days of service of a motion under Rule 12(b). Fed. R. Civ. P. 15(a).[1] An amended pleading generally supersedes an original pleading. *Hal Roach Studios, Inc. v. Richard Feiner and Co., Inc.*, 896 F.3d 1542, 1546 (9th Cir. 1989).

Accordingly, the Court denies Stars Bay Area's motion to dismiss as moot, and VACATES the hearing scheduled for January 5, 2021.

///

///

---

[1] A Rule 12 motion is not a "responsive pleading." *See CRST Van Expedited, Inc. v. Werner Enters., Inc.*, 479 F.3d 1099, 1104 n.3 (9th Cir. 2007).

**IT IS SO ORDERED.**

Dated: December 14, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge