UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KRISTEN PETRICK, ET AL.,

          Plaintiffs,

    v.

STARS BAY AREA, INC,

          Defendant.

Case No. 19-cv-03105-VKD

**ORDER OF DISMISSAL**

Plaintiff-relator Kristen Petrick wishes to voluntarily dismiss this qui tam action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Dkt. No. 37. The United States and State of California consent to dismissal. Dkt. Nos. 39, 40; 31 U.S.C. § 3703(b)(1); Cal. Gov't Code § 12652(c)(1). Because the United States and the State of California have determined that dismissal is commensurate with the public interest and the matter does not warrant the continued expenditure of government resources, the Court hereby DISMISSES the action without prejudice.

The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: April 23, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge